# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

133448

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

                                        SC: 133448
                                        COA: 274687

ALAN LEE MORSE,
                    Muskegon CC: 06-052908-FC
     Defendant-Appellant.
                            06-052911-FH

_____/

       On order of the Court, the application for leave to appeal the March 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007                                         _____

t0618                                                   Clerk